# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESA WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>CLINICA SIERRA VISTA, et al.,<br><br>  Defendants. | Case No. 1:14-cv-01342-SAB<br><br>ORDER GRANTING DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION<br><br>(ECF No. 15) |

On August 27, 2014, Plaintiff Tresa Williams ("Plaintiff") filed the complaint in this action. (ECF No. 1.) On June 5, 2015, the parties filed a stipulation of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **June 10, 2015**

                                                  UNITED STATES MAGISTRATE JUDGE

1